Submitted on record and briefs December 1, 2000, reversed and remanded for reconsideration February 14, 2001

WILLIE WILLIAMS,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(M9906051B; CA A109641)

19 P3d 364

Willie Williams filed the brief *pro se* for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Reversed and remanded for reconsideration in light of *Curtis v. Lampert*, 171 Or App 336, 15 P3d 626 (2000), and *Voth v. Snake River Correctional Institution*, 171 Or App 392, 15 P3d 629 (2000).